FILED
2001 FEB 28 PM 1: 20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERMAN NICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-97-B-2862-S |
| | ) | |
| DAN GRAYSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
FEB 28 2001

## MEMORANDUM OPINION

The magistrate judge filed a Report and Recommendation on January 26, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and because plaintiff sought monetary relief from defendants who are immune from such relief under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed as frivolous and because plaintiff sought monetary relief from defendants who are immune from such relief pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 28th day of February, 2001.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

21